UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TEE TURTLE, LLC,  :
                                Plaintiff,  :
                                 :
              -against-  :  23 Civ. 2380 (LGS)
                                 :
THE INDIVIDUALS, CORPORATIONS,  :  ORDER
LIMITED LIABILITY COMPANIES,  :
PARTNERSHIP, AND UNINCORPORATED  :
ASSOCIATIONS IDENTIFIED ON SCHEDULE  :
A TO THE COMPLAINT,  :
                            Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on April 19, 2023, at 4:00 P.M., a hearing was held on Plaintiff's application for preliminary injunction. The Court granted orally the application with a written order to follow. It is hereby

      **ORDERED** that, by **April 21, 2023, at noon**, Plaintiff shall file a cover letter with a proposed form of order granting the preliminary injunction, the scope of which shall be consistent with the relief previously granted in the temporary restraining order. Plaintiff shall email a courtesy copy in Word format to the Chambers email address at [Schofield_NYSDChambers@nysd.uscourts.gov](mailto:Schofield_NYSDChambers@nysd.uscourts.gov). The proposed form of order shall include an amended schedule of Defendants.

Dated: April 20, 2023
       New York, New York

                                              LORNA G. SCHOFIELD
                                            **UNITED STATES DISTRICT JUDGE**